UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammy Lord

    v.                                 Case No. 26-cv-167-LM-AJ

U.S. Bank National Association


## ORDER

After due consideration of the objection and response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 13, 2026.

    Plaintiff's motion for remand (doc. 3) is denied.

_____
Landya B. McCafferty
United States District Judge


Date: June 22, 2026


cc: Tammy Lord, pro se
    Counsel of Record